**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-7275**

ANTWON WHITTEN,

Plaintiff - Appellant,

v.

LESLIE FLEMING, Warden - Wallens Ridge State Prison; C.W. FRANKS, Inmate Hearing Officer - Wallens Ridge State Prison; MARCUS ELEM, Regional Appeals Unit Administrator - Roanoke; HENRY J. PONTON, Disciplinary Appeals Unit - Regional Administrator; WILLIAM A. GUNTER,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Elizabeth Kay Dillon, District Judge. (7:16-cv-00229-EKD-RSB)

Submitted: February 15, 2018                     Decided: February 20, 2018

Before WILKINSON, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Antwon Whitten, Appellant Pro Se. Margaret Hoehl O'Shea, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antwon Whitten appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Whitten v. Fleming*, No. 7:16-cv-00229-EKD-RSB (W.D. Va. Sept. 11, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*